DFC
Doa: 4.29.23

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>Jose De Jesus Arturo LEAL-Torres,<br><br>                Defendant. | Case No.: 23-mj-08287-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute |

The undersigned complainant duly sworn states:

### COUNT 1

On or about April 29, 2023, within the Southern District of California, defendant, Jose De Jesus Arturo LEAL-Torres, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

JAMES NEWMAN
Digitally signed by JAMES NEWMAN
Date: 2023.04.29 22:02:53 -07'

_____
Special Agent James P. Newman
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of May, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose De Jesus Arturo LEAL-Torres

**PROBABLE CAUSE STATEMENT**

I declare under penalty and perjury that the following statement is true and correct:

This Probable Cause Statement is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) James P. Newman.

On April 29, 2023, Border Patrol Agents (BPA), Angel Toral and Kevin Hynes, along with a Human Narcotics Detection Dog (HNDD), were assigned at the fully functional United States Border Patrol (USBP) Checkpoint on Highway 86 near Westmorland, California. The BPA Hynes and his HNDD are certified in the detection of marijuana, cocaine, methamphetamine, heroin and their derivatives, as well as the detection of concealed humans. At approximately 12:25 p.m., a 2010 Black Freightliner Semi-Truck bearing California License Plate 9F74832 approached the primary inspection area. During questioning at primary, BPA Hynes and his HNDD conducted a canine sniff around the exterior of the vehicle and the HNDD alerted. Subsequently, BPA Toral asked the driver, identified as Jose De Jesus Arturo LEAL-Torres, for consent to search his vehicle. LEAL-Torres gave consent and BPA Toral referred LEAL-Torres and the vehicle to the secondary inspection area.  In the secondary inspection area, BPA Hynes conducted an exterior search of the vehicle and observed that the passenger side fuel tank and noticed that the fuel line on the tank was cut. BPA Hynes opened the gas cap and noticed the fuel in the gas tank was cloudy and that there was a crystal-like substance around the filler tube. Based on BPA

Hynes' training and experience when methamphetamine is mixed in fuel it appears cloudy. BPA Hynes then went over to the driver side gas tank and opened the gas cap. BPA Hynes observed that the fuel inside was clear. BPA Hynes then retrieved a Narcotics Analysis Reagent Kit (NARKII) and extracted a small sample of the fuel with a fiberscope. BPA Hynes placed several drops of the liquid into the test kit and broke the ampoule from left to right, while agitating for approximately 5 seconds each. As BPA Hynes broke the third ampoule the liquid turned a dark purple color indicating a positive test for methamphetamine. BPA Hynes then advised BPA Recinos that the truck was positive, and BPA Recinos placed LEAL-Torres into custody and escorted him into the checkpoint.

A total of 283.906 kilograms of solution was extracted from the passenger side gas tank, which field tested positive for methamphetamine. Subsequently, LEAL-Torres was placed under arrest.

Executed on April 29, 2023 at 6:00 p.m.

JAMES NEWMAN
Digitally signed by JAMES NEWMAN
Date: 2023.04.29 22:07:18 -07'

Special Agent James P. Newman
Drug Enforcement Administration

On the basis of the facts presented in this probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 29, 2023, in violation of Title 21, United States Code, Section 841(a)(1).

*Barbara L Major*
HON. Barbara Major
UNITED STATES MAGISTRATE JUDGE

6:44 AM, Apr 30, 2023
Date/Time